# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0117.  STEVEN JESSE ARBEGAST v. THE STATE.**

Steven Jesse Arbegast was convicted by a jury of two counts of child molestation.  Arbegast's convictions were affirmed on appeal.  See *Arbegast v. State*, 332 Ga. App. 414 (773 SE2d 283) (2015).  Arbegast subsequently filed an extraordinary motion for a new trial.  The trial court denied the motion on June 13, 2016.  Arbegast then filed this application for discretionary review of that order on October 1, 2016.  We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 110 days after entry of the order Arbegast seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/20/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.